**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-4269**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

MICHAEL RAY SHIFFLETT,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James H. Michael, Jr., Senior District Judge. (CR-91-33)

_____

Submitted: November 30, 2000        Decided: December 20, 2000

_____

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Ray Shifflett, Appellant Pro Se. Jennie M. Waering, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Shifflett appeals the district court's order denying his motion to extend the stay of forfeiture on two parcels of land. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Shifflett's motion to proceed in forma pauperis and dismiss on the reasoning of the district court. See United States v. Shifflett, No. CR-91-33 (W.D. Va. Apr. 1, 1999). We deny Shifflett's motions requesting transcripts and to enlarge the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2